AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
JULY 28 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States of America
v.
DESMOND LAMAR DIVINE

*Defendant(s)*

Case No. 4:26-mj-70994 MAG

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 28, 2026 in the county of Alameda County in the Northern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 751(a) | escape or attempt to escape from lawful custody under the Attorney General |
| 18 U.S.C. § 4082(a) | willfully leaving the extended limits of a prisoner's confinement or failing to return to a designated facility |

This criminal complaint is based on these facts:

See affidavit of USMS Deputy Shawn Fogle

☑ Continued on the attached sheet.

/s/ Shawn Fogle
*Complainant's signature*

USMS Deputy Shawn Fogle
*Printed name and title*

Approved as to form /s/
AUSA Ivana Djak

Sworn to before me by telephone.

Date: 07/28/2026

[signature]
*Judge's signature*

City and state: Oakland, California

Hon. Ajay S. Krishnan - U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Shawn Fogle, Deputy of the United States Marshals Service, being duly sworn, hereby declare as follows:

## INTRODUCTION AND PURPOSE OF AFFIDAVIT

1. This affidavit is submitted in support of a criminal complaint against Desmond L. Divine for escape, in violation of Title 18 U.S.C. §§ 751(a) and 4082(a). The facts set forth in this affidavit are based on my review of written reports, my personal observations, my training and experience, and information from other law enforcement officials. However, these facts are not all of the facts related to this investigation that I know. I have set forth those facts that I believe are sufficient to establish probable cause that Divine committed the aforementioned offense.

## AGENT'S BACKGROUND

2. I am a Deputy United States Marshal ("DUSM") with the United States Marshals Service ("USMS"), within the United States Department of Justice ("DOJ"), assigned to Oakland, California, and have been so employed since June 2022. Prior to joining the USMS, I served as a Federal Police Officer with the National Geospatial-Intelligence Agency ("NGA") in Springfield, Virginia.

3. I graduated from the Federal Law Enforcement Training Centers ("FLETC") Uniformed Police Training Program ("UPTP") and the Basic Deputy United States Marshal Integrated ("BDUSMI") training programs. My training included instruction in criminal investigations, courtroom and digital evidence, federal constitutional and criminal law, interviewing and arrest techniques, investigative information sources, firearms, counterterrorism, enforcement operations, law enforcement driving, leadership, physical techniques, behavioral science, and legal procedures.

4. As a DUSM, my duties include fugitive investigations and apprehension, investigations into violations of court orders, court operations, prisoner production and processing, and maintenance of prisoner records. Deputy United States Marshals are commissioned federal

law enforcement officers authorized to carry firearms, execute warrants, make arrests for offenses against the United States, and perform other law enforcement duties as authorized by law.

5. I hold a bachelor's degree in criminology from West Virginia University.

6. I am an investigator and law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). I am empowered by law to conduct investigations, to execute search warrants, and to make arrests for violations of Federal law, including the aforementioned offenses.

**APPLICABLE LAW**

7. Title 18, United States Code, Section 751(a) provides, in relevant part, that whoever escapes or attempts to escape from the custody of the Attorney General or his authorized representative, or from any institution or facility in which he is confined by direction of the Attorney General, or from any custody under or by virtue of any process issued under the laws of the United States by any court, judge, or magistrate judge, or from the custody of an officer or employee of the United States pursuant to lawful arrest, shall, if the custody or confinement is by virtue of an arrest on a charge of felony, or conviction of any offense, be fined under this title or imprisoned not more than five years, or both.

8. Title 18, United States Code, Section 4082(a) provides that the willful failure of a prisoner to remain within the extended limits of his confinement, or to return within the time prescribed to an institution or facility designated by the Attorney General, shall be deemed an escape from the custody of the Attorney General punishable as provided in chapter 35 of Title 18. Section 4082(c) further provides that the term "facility" as used in Section 4082 shall include a residential community treatment center.

**FACTS ESTABLISHING PROBABLE CAUSE**

9. On April 11, 2022, Divine pleaded guilty to one count of felon in possession of ammunition (18 U.S.C. § 922(g)(1)) in the United States District Cout for the Eastern District of California. *See United States v. Divine*, Case No. 1:22-CR-00020 (E.D. Cal.). On October 24, 2022, the Honorable Ana De Alba, United States District Judge, sentenced Divine to a prison term

of 51 months with the United States Bureau of Prisons (BOP), to be followed by a 36 month term of supervised release.

10. On October 23, 2025, while serving his BOP sentence, Divine was confined by the direction of the Attorney General or his authorized representative and designated to a halfway house, the GEO Reentry Service, Oakland Center, located at 205 MacArthur Blvd. Oakland, CA 94610, to finish his prison sentence. GEO Reentry Service, Oakland Center, offers residential community treatment services.

11. On November 14, 2025, Divine argued with GEO staff when he was instructed not to take or share videos showing the facility. Divine became aggressive and threatened to shoot a staff member in the head. Divine was instructed to return to his room but instead, walked out of the facility through the main entrance without prior authorization.

12. GEO Reentry Service is a "halfway house" with which the BOP contracts for the housing of federal inmates. It is my understanding that BOP prisoners serving their time in a halfway house are advised that they may not leave the facility without permission. If they obtain permission to leave, they must return at the designated time.

13. To date, Divine has not returned to BOP custody and has not completed his BOP term of imprisonment. He is currently in abscond status.

**CONCLUSION**

14. For the foregoing reasons, I respectfully submit that there is probable cause to believe that, on November 14, 2025, Divine did knowingly and voluntarily escape from custody. Accordingly, based upon the foregoing, I respectfully request an arrest warrant be issued for Divine for violating 18 U.S.C. §§ 751(a) and 4082(a).

/s/ *Shawn Fogle*
Shawn Fogle
Deputy United States Marshal
United States Marshal Service

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 28th day of July 2026. This application and warrant are to be filed under seal.

Ajay Krishnan

________________________________________

HONORABLE AJAY S. KRISHNAN
United States Magistrate Judge