FILED

Sep 15 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESMOND LAMAR DIVINE,<br><br>Defendant. | CASE NO. 4:26-cr-00457 JST<br><br>VIOLATION:<br>18 U.S.C. §§ 751(a) and 4082(a) – Escape from Custody<br><br>OAKLAND VENUE |

I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE: (18 U.S.C. §§ 751(a) and 4082(a) – Escape from Custody)

On or about November 14, 2025, in the Northern District of California, the defendant,

DESMOND LAMAR DIVINE,

did knowingly escape from custody in GEO Reentry Services, Oakland Center, located at 205 MacArthur Blvd., Oakland, California, an institution and facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States

//

//

District Court for the Eastern District of California upon conviction for the commission of felon in possession of ammunition in violation of Title 18, United States Code, Section 922(g)(1), in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

DATED: September 14, 2026

CRAIG H. MISSAKIAN
United States Attorney

/s/

IVANA DJAK
Assistant United States Attorney